**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-1990**

———————————

E. VICTORIA HOWARD,

                                    Plaintiff - Appellant,

        and

LARRY HOWARD,

                                    Plaintiff,

        versus

TOWN OF CHAPEL HILL; ROBERT GODDING, Director;
LOIS J. MAGNELL, Transportation Department
Operations Superintendent,

                                    Defendants - Appellees,

        and

CAL HORTON, Town Manager,

                                    Defendant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CA-94-12-1)

———————————

Submitted:  January 18, 1996          Decided:  January 31, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

E. Victoria Howard, Appellant Pro Se.  Patricia Lee Holland, Raymond Mark Davis, CRANFILL, SUMNER & HARTZOG, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing her employment discrimination action, which alleged violations under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e-2 (West 1994), and 42 U.S.C. § 1983 (1988). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Howard v. Town of Chapel Hill, No. CA-94-12-1 (M.D.N.C. Apr. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED